IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

CAROLINE ELIZABETH MOORE AS
ADMINISTRATRIX OF THE ESTATE OF
DEREK MITCHELL SMITH AND AS PARENT
AND GUARDIAN OF DAXTON ALEXANDER
MOORE, A MINOR, AND ON BEHALF OF THE
WRONGFUL DEATH BENEFICIARIES OF
DEREK MITCHELL SMITH                                              Plaintiff,

VS.                                                        NO. 3:18-cv-025-NBB-RP

TUNICA COUNTY, MISSISSIPPI,
JAYLIN JAMES, ROBERT MELVIN
and JOHN DOES 1-10                                              Defendants.

### ORDER OF DISMISSAL

The present cause comes before the court on the parties' joint ore tenus motion for entry of an order of dismissal of this action as the parties have reached a settlement agreement as to all claims raised herein. Accordingly, it is hereby ORDERED:

That this cause is hereby Dismissed With Prejudice, with each party to bear their own costs.

This the 25 day of January, 2019.

_____
United States District Judge

Approved as to form:

**BRIDGFORTH, BUNTIN & EMERSON, PLLC**
*Attorneys for Plaintiff*

*Taylor Buntin* (by DDO with permission)

Taylor Buntin (MSB #7525)
P.O. Box 241
Southaven, MS 38671
(662) 393-4450
taylor@bbelawyers.com

**CLAYTON O'DONNELL, PLLC**
*Attorneys for the Defendants*

David D. O'Donnell (MSB # 3912)
1403 Van Buren Avenue
Suite 103
Oxford, Ms. 38655
(662)234-0900
dodonnell@claytonodonnell.com